## (November 8, 1982)

■ In the Matter of POWER AUTHORITY OF THE STATE OF NEW YORK, Petitioner, v ROBERT F. FLACKE, as Commissioner of Environmental Conservation, et al., Respondents, and CATSKILL CENTER FOR CONSERVATION AND DEVELOPMENT, INC., et. al., Intervenors-Respondents. TOWN OF PRATTSVILLE et al., Proposed Intervenors. — Motion for permission to intervene denied, without costs, upon the ground that such motion is untimely. Where a party would be barred from commencing a proceeding by the Statute of Limitations, such bar may not be avoided by way of intervention as a petitioner (see *Matter of Mulkeen v Bronstein,* 75 Misc 2d 110, affd 43 AD2d 664, mot for lv to app den 33 NY2d 520). The Town of Prattsville and Greene County may file a brief *amicus curiae* within 20 days after filing of petitioner's brief. Mahoney, P. J., Sweeney, Kane, Weiss and Levine, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RODERICK SAUNDERS, Petitioner, v EDWARD R. HAMMOCK, as Chairman of the State of New York, Division of Parole, Respondent — Application pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus denied upon the ground that it appears from the petition and supporting papers that petitioner is not illegally detained (see CPLR 7003, subd [a]). Mahoney, P. J., Sweeney, Kane, Main and Casey, JJ., concur.